UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
M.G., an infant by his father and mother and natural
guardians MARCUS GREEN and MARIA GONZALEZ,
MARCUS GREEN, individually and MARIA GONZALEZ,
individually,

                                        Plaintiffs,

                                                            Docket No.:

        -against-                                           **NOTICE OF REMOVAL**

MOUNT VERNON CITY SCHOOL DISTRICT,

                                        Defendant.
------------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Defendant, **MOUNT VERNON CITY SCHOOL DISTRICT** hereby removes this action to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§1441 and 1331.

        1.      This action was commenced against Defendant, **MOUNT VERNON CITY SCHOOL DISTRICT** in the Supreme Court of the State of New York, County of Westchester, by the filing of a Summons and Verified Complaint with the Clerk of the Court on or about June 8, 2018.  See Exhibit "A" attached hereto.

        2.      On or about December 20, 2018, Plaintiffs served Defendant with a Verified Bill of Particulars. See Exhibit "B" attached hereto.

        3.      In that Verified Bill of Particulars, Plaintiffs assert a claim under "Title IX of the Education Amendments of 1972 (Title IX)." See Exhibit "B" at Paragraph 18.

        4.      The Plaintiffs' claims, therefore, raise a federal question under Title IX.

        5.      In addition to the above, this cause of action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331, in that the Plaintiffs are alleging claims arising

1

under a federal statute.  By virtue of 28 U.S.C. §1441(a), this cause of action is removable to this Court.

6.      Defendant **MOUNT VERNON CITY SCHOOL DISTRICT** were purportedly served with the pleading setting forth the claim upon which this action is based, specifically the Verified Bill of Particulars, on or about December 20, 2018.

7.      In accordance with 28 U.S.C. §1446(b)(3), this Notice of Removal is filed within 30 days after receipt by the Defendant of a copy of that pleading.

8.      Based upon the facts set forth above, this Notice of Removal is timely under 28 U.S.C. §1446(b).

9.      Pursuant to 28 U.S.C. §1446(a), a copy of the Summons and Verified Complaint is attached hereto as Exhibit "A", and a copy of Plaintiffs' Verified Bill of Particulars is attached as Exhibit "B". This constitutes all process, pleadings or orders served or filed by the parties in the Supreme Court of the State of New York, and is made a part of this Notice by reference.

10.     Defendant will pay all costs (disbursements) by reason of this removal proceeding should it be determined that this case is not removable or is improperly removed.

11.     This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, and without waiver of any substantial or procedural defenses, Defendant, **MOUNT VERNON CITY SCHOOL DISTRICT** requests that this Court assume jurisdiction over this action and make such further orders herein as may be required to properly determine its controversy.

Dated: White Plains, New York
January 7, 2019

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

By: _____
Gerald S. Smith, Esq.
Attorney for Defendant
Mount Vernon City School District
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 574-4510

To: *Via Electronic Filing and First Class Mail*
Law Office of William O. Wagstaff III, P.C.
Attorney for Plaintiffs
75 South Broadway, Suite 400
White Plains, New York 10601
Phone: (914) 226-3300
Attention: William O. Wagstaff III, Esq.

3